**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK Civil Case No.** 26 CV 7763
**UNITED STATES OF AMERICA *ex rel.* HARRY ALEXANDER KNIGHT (Fisher),**
Plaintiff-Relator, v. [DEFENDANTS / INSTITUTIONAL ENTITIES], Defendants.

# DISTRICT COURT OMNIBUS FILING: NOTICE OF JUDICIAL CONFLICT / RECUSAL DEMAND (28 U.S.C. § 455), FIRST AMENDED COMPLAINT (18 U.S.C. § 333 & FALSE CLAIMS ACT STANDING), AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

*(Jury Trial Demanded)*

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 10 AM 9:19

## SECTION I: NOTICE OF FINANCIAL CONFLICT OF INTEREST & MANDATORY RECUSAL (28 U.S.C. § 455)

1. **The Conflict of Digital and Fiat Tokenization:** Because this action challenges the unlawful digital conversion of physical sovereign bearer instruments, the industrial-scale uniting and cementing of public debt into private ledgers, the generation of unbacked "ghost assets," and the systemic substitution of legal tender with private digital ledgers, any personal, familial, or institutional holding in cryptocurrency assets, digital token networks, or electronic payment rails by the presiding judge constitutes an immediate, non-waivable financial conflict under 28 U.S.C. § 455.
2. **Demand for Disclosure or Recusal:** Pursuant to federal judicial ethics, statutory standards, and annual disclosure mandates under the Ethics in Government Act and the Courthouse Ethics and Transparency Act (CETA), the presiding judge is hereby placed on formal notice to disclose any direct or indirect holdings, investments, or familial interests in digital assets, cryptographic tokens, or institutional banking ledgers, or alternatively, to immediately recuse herself from a matter directly adjudicating the legal validity of digital monetary substitution versus physical Article I legal tender.

## SECTION II: PRELIMINARY STATEMENT & FALSE CLAIMS ACT STANDING (31 U.S.C. § 3730(b)(1))

1. **The Contractual Mandate of "Legal Tender":** The face of every United States dollar explicitly declares: *"THIS NOTE IS LEGAL TENDER FOR ALL DEBTS, PUBLIC AND PRIVATE."* It is a binding public debt contract and regulated bearer instrument bearing official Treasury seals, executive signatures, and unique, mandatory serial numbers established under Article I, Section 8 of the United States Constitution and 31 U.S.C. §§ 5103 and 5114. American citizens are legally compelled to use, hold, and earn these instruments to discharge taxes, debts, and the fundamental necessities of daily survival.
2. **Statutory Standing Under the False Claims Act:** Pursuant to the explicit, uncompromised text of **31 U.S.C. § 3730(b)(1)**, enacted by Congress: *"A person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought in the name of the Government."* As a living American citizen holding, owing, and legally compelled to use U.S. legal tender bearer instruments, Relator Harry Alexander Knight (Fisher) possesses direct statutory standing as a relator to bring this action on behalf of himself and the United States Government to enforce public debt integrity and halt fraudulent monetary debasement.
3. **Particularized Economic Injury ("The Lunch Test"):** In addition to statutory standing under § 3730(b)(1), the Relator suffers continuous, concrete, and particularized economic injury. By engaging in the industrial-scale mutilation, uniting, cementing, and digital "double-spending" of foundational seed dollars under 18 U.S.C. § 333, defendants inject unauthorized, unbacked ghost assets into the money supply. This artificial inflation directly dilutes the purchasing power of every lawful bearer instrument in circulation, destroying the Relator's economic baseline and threatening the cost of basic sustenance.

## SECTION III: THE FIVE-POINT FRAUD & THE FELONY OF CURRENCY MUTILATION (18 U.S.C. § 333)

1. **The Exact Text of the Prohibited Acts (18 U.S.C. § 333):** Under 18 U.S.C. § 333, federal law explicitly criminalizes any person who *"mutilates, cuts, defaces, disfigures, or perforates, or unites or cements together, or does any other thing to any bank bill, draft, note, or other evidence of debt... with intent to render such item unfit to be reissued."*
2. **Point 1: Intent to Render Unfit for Reissue & Uniting/Cementing:** Institutional defendants and private financial entities act with the direct, purposeful intent to render foundational seed dollars unfit for lawful reissue. By deliberately stripping unique serial numbers, erasing official tracking, and digitally uniting or cementing physical notes into electronic token composites, they execute the exact prohibited amalgamation outlawed by federal law.
3. **Point 2: Blocking the Government's Sovereign Reissue:** By spawning an unbacked digital asset from that physical seed dollar, defendants permanently trap the government. Because the digital clone is already active in commerce, the Treasury is structurally and mathematically blocked from reissuing or accounting for the physical bill that supposedly backed it, resulting in a direct usurpation of Article I minting power.
4. **Point 3: The Unserialized Phantom Multiplier:** The digital asset generated by the institution is completely **unserialized**. Stripped of its unique statutory identifier, it floats through private ledgers without any accountability to the Treasury's public debt ledger.
5. **Point 4: The Industrial Double-Spend:** This process creates an inescapable double-spend. The original physical seed dollar (now mutilated, united, and stripped of its tracked integrity) is spent by the institution, while its un-serialized digital clone is simultaneously spent, leveraged, and multiplied on separate private obligations.
6. **Point 5: False Claims Act Debasement (31 U.S.C. § 3729 et seq.):** This five-part mechanical fraud—intentional mutilation, uniting/cementing notes, blocking government reissue, utilizing unserialized tokens, and executing industrial double-spends—defrauds the sovereign, dilutes the purchasing power of every lawful bearer instrument in circulation, and inflicts direct economic injury on the living citizens compelled to use the compromised currency.

## SECTION IV: EMERGENCY MOTION FOR TEMPORARY RESTORING ORDER (FED. R. CIV. P. 65)

1. **Immediate and Irreparable Harm:** Plaintiff-Relator Harry Alexander Knight (Fisher) hereby moves on an emergency basis pursuant to Fed. R. Civ. P. 65 for a Temporary Restraining Order enjoining Defendants from continuing unauthorized digital currency conversion, serial-stripping, uniting/cementing notes, and un-serialized double-spending practices. Immediate and irreparable harm is occurring daily through the systemic debasement of the legal tender bearer instruments the Relator is compelled to hold for survival.
2. **Preservation of Lawful Status Quo:** Pursuant to Rule 65(b), immediate ex parte relief is necessary to preserve the status quo, address outstanding judicial conflict disclosures under 28 U.S.C. § 455, and protect public debt integrity before defendants can further dilute the national money supply and conceal their ledger transactions.

**PRAYER FOR RELIEF** Wherefore, Relator Harry Alexander Knight (Fisher) respectfully requests that this Court issue a Temporary Restraining Order, order immediate financial disclosures pursuant to 28 U.S.C. § 455, enforce 18 U.S.C. § 333, and grant full relief under the False Claims Act.

Respectfully submitted, Dated: September 10, 2026

**Harry Alexander Knight (Fisher)** Plaintiff-Relator *Pro Se*