RECEIVED 2026 SEP 10 AM 10:32 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 1

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT Docket No.** 26 CV 7763
**UNITED STATES OF AMERICA *ex rel.* HARRY ALEXANDER KNIGHT (Fisher),**
Plaintiff-Appellant / Relator, v. [DEFENDANTS / INSTITUTIONAL ENTITIES],
Defendants-Appellees.
**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

# APPELLATE OMNIBUS FILING: NOTICE OF APPEAL, EMERGENCY PETITION FOR WRIT OF MANDAMUS, JUDICIAL CONFLICT REVIEW (28 U.S.C. § 455), AND EMERGENCY MOTION TO EXPEDITE & STAY

**NOTICE IS HEREBY GIVEN** that Plaintiff-Relator Harry Alexander Knight (Fisher) hereby appeals to the United States Court of Appeals for the Second Circuit from the adverse procedural rulings, improper unsealing violations, unaddressed judicial conflicts, and erroneous standing dismissals entered by the Honorable Laura Taylor Swain, Chief District Judge, in this action.

RECEIVED
2026 SEP 10 AM 10:
CLERK'S OFFICE
U.S. COURT OF APPEALS
COUNTER 1

## SECTION I: PETITION FOR WRIT OF MANDAMUS & STATEMENT OF JURISDICTION

1. **Jurisdictional Basis:** This Court possesses jurisdiction under 28 U.S.C. § 1291, § 1651 (The All Writs Act), and the inherent supervisory authority of the Circuit to correct fundamental usurpations of judicial power, procedural abuse, and the misapplication of federal statutory mandates by the district court.
2. **The Lower Court's Clear Abuse of Discretion:** The district court committed reversible error and abused its judicial discretion by:
   - (a) Bypassing mandatory False Claims Act statutory procedures, including the strict sealing and review architecture mandated under 31 U.S.C. § 3730(b)(2);
   - (b) Erroneously asserting that a living American citizen—compelled by law to use U.S. legal tender bearer instruments—possesses no standing under 31 U.S.C. § 3730(b)(1) to prosecute unauthorized private counterfeiting, serial-stripping, uniting/cementing, and double-spending;
   - (c) Proceeding with adjudications involving digital monetary substitution and private banking ledgers without resolving mandatory judicial conflict of interest demands regarding digital asset holdings under 28 U.S.C. § 455; and
   - (d) Shielding private banking cartels from Article I oversight while stripping the Relator of his protected rights as a holder of sovereign debt instruments, savings bonds, and Social Security trust contributions.

## SECTION II: EMERGENCY MOTION TO EXPEDITE APPEAL AND FOR TEMPORARY STAY (FED. R. APP. P. 8 / LOCAL RULE 27.1)

1. **Immediate Necessity for Expedition:** Relator-Appellant respectfully moves this Court pursuant to Fed. R. App. P. 8 and Local Rule 27.1 for an emergency order expediting this appeal and temporarily staying lower court proceedings.
2. **Irreparable Injury:** Immediate expedition is warranted because the district court's procedural overreach, failure to apply mandatory FCA sealing rules, unaddressed conflict disclosures, and erroneous denial of standing threaten immediate, irreversible damage to the public trust, Article I monetary integrity, and the Relator's constitutional rights. Standard post-judgment appeal is entirely inadequate to remedy these structural violations.

**PRAYER FOR RELIEF** Wherefore, Relator-Appellant Harry Alexander Knight (Fisher) respectfully requests that this Court vacate the improper rulings of the district court, issue a Writ of Mandamus restraining further procedural violations, enforce mandatory conflict recusal standards under 28 U.S.C. § 455, and restore the First Amended Complaint to the active docket for full adjudication on the merits.

Respectfully submitted, Dated: September 10, 2026

**Harry Alexander Knight (Fisher)** Plaintiff-Appellant *Pro Se* 9-10-26

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

RECEIVED
2026 SEP 10 AM 10:32
CLERK'S OFFICE
U.S. COURT OF APPEALS
COUNTER 1

CAPTION:

Harry Alexander Knight

v.

Board of Governors of the Federal Reserve System ET AL...

CERTIFICATE OF SERVICE*

Docket Number: ______________

I, Harry Alexander Knight, hereby certify under penalty of perjury that
(print name)

on 9-10-26, I served a copy of Writ of Mandamus
(date)

(list all documents)

by (select all applicable)**

X Personal Delivery

___ United States Mail

___ Federal Express or other Overnight Courier

___ Commercial Carrier

___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Judge Laura Taylor Swain | Chambers 500 Pearl | NYC | NY | 10001 |
| Board of Governors of the Federal Reserve System ET AL... | | NYC | NY | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

9-10-26
Today's Date

[signature]
Signature

Certificate of Service Form (Last Revised 12/2015)