26 CV 7984
26 CV 8062
26 CV 8025
26 CV 7763

IN THE UNITED STATES DISTRICT COURT

NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403

# NOTICE OF CONSTITUTIONAL QUESTION AND EMERGENCY MASTER RICO & *QUI TAM* INDICTMENT CHALLENGING CROSS-AGENCY CONCEALMENT (TREASURY AND COMMERCE), PRIOR KNOWLEDGE AND WILLFUL BLINDNESS TO SANCTIONS EVASION, PRIVATE MONETARY ISSUANCE, UNILATERAL CORPORATE POLICE POWERS (ACCOUNT FREEZING), HTTP 402 PAYMENT-RAIL EXPLOITATION, FALSE CLAims ACT ENFORCEMENT (MANDATORY TREBLE DAMAGES), CORRUPT LEGISLATIVE INFLUENCE LOOPS (THE GENIUS ACT), IRAN-TETHER SHADOW BANKING COLLUSION, INSTITUTIONAL CUSTODIAL ENTANGLEMENTS, DESTRUCTION OF THE "FULL FAITH AND CREDIT," PERMANENT DILUTION, AND STATUTORY USURPATION — TRIAL BY JURY REQUESTED

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403, Plaintiff Harry Alexander Knight, acting *sui juris*, formally draws into question the constitutionality of any statutory framework, administrative safe harbor, or regulatory bill purporting to authorize, license, or validate private, offshore, or 1:1 pegged digital stablecoins—specifically including the **GENIUS Act of 2025** and related legislative provisions engineered by financial and political insiders to grant extended grace periods, regulatory safe harbors, and retroactive indemnities to offshore private issuers like Tether.

Furthermore, Plaintiff asserts an emergency constitutional challenge and statutory enforcement action under **Civil RICO (18 U.S.C. § 1961 et seq.)** and the **False Claims Act / *Qui Tam* provisions (31 U.S.C. § 3729 et seq.)**—demanding full **treble damages** and statutory penalties for the systemic looting of public resources. This master action targets an unlawful, cross-agency association-in-fact enterprise joining the **Department of the Treasury** (under Secretary Scott Bessent) and the **Department of Commerce** (under Secretary Howard Lutnick, former CEO of primary custodial partner Cantor Fitzgerald), alongside executive-entangled digital currency operations, World Liberty Financial, its USD1 apparatus, and the active, real-time exploitation of **HTTP 402 ("Payment Required") transactional clearing architectures** as automated private tollbooths.

Crucially, this enterprise operated with **actual prior knowledge and willful blindness**: executive leadership across Treasury and Commerce maintained contemporaneous intelligence regarding severe national security threats—including the reality that **84% of crypto wallets sanctioned for Iranian links transacted exclusively or nearly exclusively in USDT**—long before congressional subcommittees forced public disclosure. Despite possessing this knowledge during active geopolitical conflicts and sanctions regimes, agency leadership deliberately chose not to shut down the infrastructure, instead permitting market facilitation,

RECEIVED SDNY PRO SE OFFICE 2026 OCT -5 AM 8:59

custodial debt-funneling loops, and preemptive legislative safe harbors to proceed. This constitutes a corrupt, inter-agency protection racket that represents an unconstitutional Article I usurpation, an illicit exercise of corporate police power, an illegitimate executive-branch minting operation, a void *ab initio* conspiracy, a direct assault on the "Full Faith and Credit" of the United States, and a continuous destruction of the currency belonging exclusively to living, breathing people. **A trial by jury is hereby demanded on all issues so triable.**

## GROUNDS FOR CHALLENGE AND STATUTORY ENFORCEMENT ACTIONS

### I. Violation of the Exclusive Minting, Coining, and Value-Fixing Power (Article I, Section 8, Clause 5)

The Constitution vests Congress with the sole power *"To coin Money, regulate the Value thereof... and fix the Standard of Weights and Measures."*

- **Unauthorized Private Minting:** Private entities issuing 1:1 pegged digital proxies—whether tracking fiat offshore via Tether or attempting to anchor alternative standards—act as unconstitutional private mints. Congress cannot delegate or outsource its coining monopoly; any legislative validation or statutory safe harbor is **void *ab initio***.

### II. Usurpation of Sovereign Police Powers and Unilateral Corporate Censorship

- **Extra-Judicial Freezing of Funds:** Tether and allied private stablecoin issuers routinely exercise sovereign police, judicial, and executive powers by unilaterally blacklisting addresses, freezing hundreds of millions in user balances, and enforcing global asset seizures without grand juries, judicial warrants, Fifth Amendment due process, or Congressional authorization.
- **The Corporate Sovereign Trap:** These private entities demand the unregulated freedom to issue a global currency substitute while simultaneously operating as unelected, private central banks and law enforcement arms, weaponizing private administrative code against public property.

### III. Destruction of the Sovereign Chain of Custody and "Full Faith and Credit" Hijacking

- **Subverting National Integrity:** The "Full Faith and Credit" of the United States rests exclusively on the productive capacity and laws of the American people, backed by Congress under Article I.
- **The Counterfeit Trust:** By allowing a private offshore ledger to act as the primary settlement layer for global trade and debt-buying, public trust is subordinated to private corporate code. When that code can arbitrarily freeze accounts and dictate who can transact, the nation's creditworthiness is hijacked by an unelected private cartel.
- **Perpetual Debasement:** By locking digital shadow-notes to sovereign dollars externally, the sovereign loses control of the currency lifecycle, trapping unbacked private debt in circulation and permanently diluting national purchasing power.

### IV. Statutory Prohibition on Joining Private Debt (18 U.S.C. § 333)

Federal law criminalizes uniting or cementing bank notes or evidences of debt to render them unfit for reissue. The 1:1 peg is an illegal fusion of private corporate liabilities with the sovereign

currency channel.

## V. Inter-Agency Civil RICO Conspiracy: Prior Knowledge, Willful Blindness, and Sanctions Complicity

- **The Cross-Agency Enterprise:** To achieve legislative insulation and market protection, a coordinated enterprise spanning cabinet-level departments was executed. The Department of Commerce (led by Howard Lutnick, architect of Cantor Fitzgerald's multi-billion-dollar custodial alignment with Tether) and the Department of the Treasury (led by Scott Bessent) maintained contemporaneous intelligence regarding severe national security threats yet coordinated to shield the underlying debt-financing loop.
- **Prior Knowledge and Failure to Intervene:** Official investigations exposed that the stablecoin ecosystem served as a primary shadow banking settlement layer, moving billions in unauthorized, sanction-evading transactions for foreign state actors, with **84% of targeted Iranian-linked wallets utilizing USDT exclusively**. Defendants knew of these violations before and during active geopolitical conflicts and deliberately withheld enforcement to preserve the private debt-buying apparatus.
- **Pattern of Racketeering Activity:** The joint administration of regulatory blind spots while pushing preemptive safe harbors establishes an actionable pattern of wire fraud, obstruction, and systemic protection of an unauthorized monetary substitute under Civil RICO (18 U.S.C. § 1961 et seq.), mandating treble damages and structural dissolution of the enterprise.

## VI. *Qui Tam* / False Claims Act Enforcement and Mandatory Treble Damages (31 U.S.C. § 3729 et seq.)

- **Undermining Public Funds and Treasury Integrity:** Injecting private, unbacked shadow-tokens into federal clearing and debt-purchasing mechanisms constitutes the knowing submission of false or fraudulent constructs affecting the national Treasury.
- **Mandatory Treble Damages & Relator Enforcement:** Acting on behalf of the public interest and sovereign integrity, this action incorporates *qui tam* enforcement mechanisms to recover misappropriated value, demanding statutory penalties plus **treble damages** (three times the total sustained monetary harm and systemic loss inflicted on the United States financial ecosystem).

## VII. Exploitation of 402 Payment-Rail Infrastructures and Automated Tollbooths

- **Hijacking Protocol-Level Commerce:** The deployment of private stablecoins across digital networks actively commandeers and exploits **HTTP 402 ("Payment Required")** transactional protocols and automated micro-clearing rails.
- **Private Rent Extraction:** Hardcoding private 1:1 tokens into the native error-code and payment-routing architecture of web infrastructure converts internet communication channels into proprietary rent-extraction tollbooths, imposing an unauthorized, automated private tax on everyday exchange.

## VIII. Legislative Corruption: The GENIUS Act and Insider-Driven Safe Harbors

- **Fruit of a Poisonous Tree:** Legislative packages like the **GENIUS Act**—and the tailored statutory safe harbors and compliance runways crafted for offshore entities like Tether—were actively shaped, advised on, and pushed by financial insiders holding direct

equity, debt, and custodial loops across the executive branch.

- **Unconstitutional Regulatory Capture:** Utilizing public legislative authority to craft special exemptions that legitimize an unauthorized private offshore mint constitutes an unconstitutional perversion of the legislative process, a corrupt conflict of interest, and a direct violation of the separation of powers. All such provisions are **void *ab initio***.

### IX. Executive Usurpation and Conflict of Interest

Projects tied directly to the executive branch (such as World Liberty Financial / USD1) and cabinet-level commercial entanglements with offshore stablecoin issuers convert executive duty into an illicit private marketing apparatus, using public office to drive adoption of private shadow-notes in direct violation of the separation of powers.

### X. Usurpation of Living Sovereignty

The constitutional compact belongs exclusively to living, breathing human beings (*We the People*). Injecting corporate-backed synthetic shadows into the economy replaces human economic vitality with automated debasement controlled by private oligarchs.

## PRAYER FOR JUDGMENT

Plaintiff demands that the Court declare any private or executive-tied stablecoin apparatus—including offshore issuers like Tether (USDY/USDT), extra-judicial account-freezing mechanisms, sanction-evading payment channels, 402 payment-rail monetization architectures, compromised legislative frameworks (specifically including the GENIUS Act's offshore safe-harbor provisions), cross-agency custodial debt-funneling loops between Treasury and Commerce operating under willful blindness and prior knowledge, and executive-level conflicts—an unconstitutional usurpation of Article I power, an illegal private minting operation, **void *ab initio***, a criminal violation of 18 U.S.C. § 333, Civil RICO (against the inter-agency enterprise), and the False Claims Act / *qui tam* provisions (with an award of **treble damages** and statutory penalties), an instrument of sovereign debt subjugation and dilution of the "Full Faith and Credit," and a continuous source of real-time economic injury, and **further demands a full trial by jury on all matters set forth herein.**

Respectfully submitted,
Harry Alexander Knight
Plaintiff, *Sui Juris*
[Contact / Service Address]
AZCorruptionCatcher@Gmail.com